# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LARRY GENE HEGGEM,<br>*Plaintiff*<br>v.<br>DR. SMITH, JO ELLA PHILLIPS, AND DONALD HOLBROOK,<br>*Defendant* | Civil Action No. 4:15-CV-5092-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment (ECF No. 66) is GRANTED.
Plaintiff's Motions for Oral Argument (ECF Nos. 73, 114, 118, and 121); Motion to Request Court Order Discovery and Stay Defendant's Motion for Summary Judgment (ECF No. 80); Motions to Appoint Counsel (ECF Nos. 93, 104); Motions for Injunctive Relief (ECF Nos. 105, 111, 113, 117, and 123) are DENIED.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge THOMAS O. RICE on Defendant's motion for summary judgment (ECF No. 66).

Date: August 2, 2016.

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen